

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Wells Fargo Bank, N.A., as Trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FFB mortgage pass-through certificates, series 2006-FFB

**Order Filed on November 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
    Cassandra J. DeVan, Keith R. DeVan,

Debtors.

Case No.: 18-14904 ABA

Adv. No.:

Hearing Date: 11/12/19 @ 10:00 a.m..

Judge: Andrew B. Altenburg, Jr.

# ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 27, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:   Cassandra J. DeVan, Keith R. DeVan
Case No:  18-14904 ABA
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wells Fargo Bank, N.A., as Trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FFB mortgage pass-through certificates, series 2006-FFB, Denise Carlon appearing, upon a motion to vacate the automatic stay as to real property located at 80 Penfield Ln, Sicklerville, NJ 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Robert H. Johnson, Esquire, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of November 12, 2019, Debtors are due for November 2019 post-petition payment for a total post-petition default of $8.22; and

It is **ORDERED, ADJUDGED and DECREED** that Debtors shall pay the remainder of the arrears with the December 2019 payment; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2019, directly to Secured Creditor's servicer, Specialized Loan Servicing, LLC, P.O. Box 636007, Littleton, Colorado 80163 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan and the motion is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:
Keith R. DeVan
Cassandra Jones DeVan
    Debtors

Case No. 18-14904-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 27, 2019
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 29, 2019.
db/jdb       +Keith R. DeVan,    Cassandra Jones DeVan,    80 Penfield Lane,    Sicklerville, NJ 08081-1836

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
         Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
          njbankruptcynotifications@logs.com
         Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al ...
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
         Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
         Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
          jschwartz@mesterschwartz.com
         Jennifer R. Gorchow    on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
         Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, National Association, as trustee
          for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through
          Certificates, Series 2006-FF15 NJ_ECF_Notices@mccalla.com
         Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc., as servicer for
          Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin
          Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certifica NJ_ECF_Notices@mccalla.com
         Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee for the holders
          of the First Franklin Mortgage Loan Trust 2006-FSB rsolarz@kmllawgroup.com
         Rebecca Ann Solarz    on behalf of Creditor    Wells Fargo Bank, N.A., as Trustee et al ...
          rsolarz@kmllawgroup.com
         Robert H. Johnson    on behalf of Joint Debtor Cassandra Jones DeVan ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
         Robert H. Johnson    on behalf of Debtor Keith R. DeVan ecfmail@rhjlaw.com,
          r43974@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                     TOTAL: 13