<u>THIS FORM MAY BE USED BY CERTIFIED CM/ECF PARTICIPANTS ONLY</u> AND MAY BE E:MAILED TO THE APPROPRIATE JUDGE'S E:MAILBOX. PLEASE USE THIS FORM TO REPORT A STATUS CHANGE FOR A MATTER LISTED ON THE COURT'S CALENDAR. THIS FORM MAY ALSO BE USED TO *REQUEST* AN ADJOURNMENT OF A MATTER LISTED ON THE CALENDAR. REQUESTS FOR ADJOURNMENTS WILL BE ACKNOWLEDGED BY RETURN E:MAIL WITH AN INDICATION ON PAGE 2 OF THIS FORM THAT THE REQUEST IS EITHER DENIED OR GRANTED. PLEASE E:MAIL THE COMPLETED FORM TO THE APPROPRIATE ADDRESS.

## ADJOURNMENT REQUEST/CALENDAR STATUS CHANGE FORM

**FOR THE HONORABLE** _____

❏ SETTLEMENT    ❏ WITHDRAWAL    ❏ ADJOURNMENT REQUEST

CASE #: _____  ADV. #: _____

CASE NAME: _____

PROCEEDING:




HEARING DATE & TIME: _____

REASON FOR ADJOURNMENT REQUEST:




ALL PARTIES ADVISED AND CONSENT?    ❏ YES    ❏ NO (w/reason)




SUBMITTED BY: _____

REPRESENTING: _____

**FOR COURT USE ONLY**

❏	ADJOURNMENT REQUEST DENIED.  PLEASE APPEAR ON THE SCHEDULED DATE AND TIME.

❏	ADJOURNMENT REQUEST GRANTED.  PLEASE NOTIFY ALL PARTIES OF THE NEW DATE AND TIME:_____.

❏	ADDITIONAL COMMENTS: