Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 18–14904–ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Keith R. DeVan<br>80 Penfield Lane<br>Sicklerville, NJ 08081 | Cassandra Jones DeVan<br>aka Cassandra J. De Van, fka Cassandra Jones Melton<br>80 Penfield Lane<br>Sicklerville, NJ 08081 |

Social Security No.:
  xxx–xx–5843                                  xxx–xx–9637
Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

   TO: <u>Keith R. DeVan and Cassandra Jones DeVan</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: March 29, 2023
JAN: def

                                                               <u>Jeanne Naughton, Clerk</u>