Form ntcfncurv – testntcfncurv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

___

Case No.:  18–14904–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith R. DeVan
80 Penfield Lane
Sicklerville, NJ 08081

Cassandra Jones DeVan
aka Cassandra J. De Van, fka Cassandra
Jones Melton
80 Penfield Lane
Sicklerville, NJ 08081

Social Security No.:
  xxx–xx–5843

  xxx–xx–9637

Employer's Tax I.D. No.:

___

### NOTICE OF RECEIPT OF RESPONSE TO
### NOTICE OF FINAL CURE PAYMENT

TO: <u>Keith R. DeVan and Cassandra Jones DeVan</u>
        Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: April 27, 2023
JAN: def

<u>Jeanne Naughton, Clerk</u>