UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

CGG 18-022004
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Elizabeth L. Wassall, Esq. 023211995
ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J

In Re:

KEITH R. DEVAN AND CASSANDRA JONES DEVAN,
DEBTORS

Case No.: 18-14904-ABA

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

Chapter: 13

CREDITOR'S SUPPLEMEMTAL OBJECTION TO DEBTORS' MOTION TO CANCEL AND DISCHARGE MORTGAGE

The undersigned, LOGS Legal Group LLP, attorneys for the Secured Creditor, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J, the holder of a Mortgage on Debtors' property located at 112 N. King Street, Magnolia, NJ 08049, hereby further objects to the Debtors' Motion to Cancel and Discharge Mortgage, ECF# 94, as follows:

1) On October 8, 2009, Keith DeVan (hereinafter Debtor) executed a Note, secured by a Mortgage, to secure the sum of $158,272.00, with a maturity date of November 1, 2039.

2) On June 7, 2016, Debtor first filed for Ch. 13 Bankruptcy at Docket 16-21123-ABA, which action was dismissed on April 13, 2017.

3) On August 16, 2017, Debtor filed another Ch. 13 Bankruptcy at Docket 17-26610-ABA, which action was dismissed on February 15, 2018.

4) On March 14, 2018, Debtor filed the instant Ch. 13 Bankruptcy at Docket 18-14904-ABA.

5) On May 11, 2018, Secured Creditor filed Proof of Claim No. 4, outlining a total debt amount of $203,521.13 and pre-petition arrears of $68,159.94 owing on its mortgage lien at the time of bankruptcy filing. The Proof of Claim further outlined that the account is escrowed.

6) On October 23, 2018, a Consent Order resolving objection to confirmation of plan was entered, ECF# 49, for cram-down of Secured Creditor's claim to $125,000.00 at 5.75% interest, for a total of $141,841.14 to be disbursed by the Trustee.

7) On July 2, 2019, a Consent Order was entered, ECF# 68, which *vacated* the prior cram-down Consent Order at ECF# 49*, and the Secured Creditor's claim reverted to the original amount(s) listed in the Proof of Claim No. 4 as filed on May 11, 2018.*

8) Payments received by Secured Creditor during the pendency of the bankruptcy were first applied to the $68,159.94 pre-petition arrearage owed per the Proof of Claim, and then applied to post-petition payments. As of April 18, 2023, the loan is showing due for the October 1, 2022 post-petition payment.

9) On April 26, 2023, Secured Creditor filed an Amended Response to Notice of Final Cure, outlining that total of $10,681.79 remains outstanding on the mortgage lien as of April 18, 2023 for delinquent post-petition payments and unpaid filed Notice(s) of Postpetition Mortgage Fees, Expenses and Charges.

10) As the account was/is escrowed, the Secured Creditor has paid the escrow expenses (taxes and insurance) on the mortgage lien during the pendency of the bankruptcy, in the total amount of $33,481.07. A true copy of Escrow Advances is attached hereto as *Exhibit A.*

11) Debtor claims that it was "abundantly clear" that the Debtor's intention was to proceed with the cram-down plan, but the fact that Debtor did not pay the escrows on the account, and instead allowed Secured Creditor to do so, speaks otherwise. As does the fact that

Debtor *withdrew* his Motion filed on January 20, 2022 seeking to vacate the Consent Order that was entered on July 2, 2019.

12) As of April 26, 2023, the amount to pay off and satisfy the mortgage lien, which does not mature until 2039, is *estimated* at $126,670.81.

13) Debtors' instant Motion to Cancel and Discharge Mortgage is improper and must be denied, as the prior cram-down order was vacated, Secured Creditor has been paying the escrow expenses, and the mortgage lien has not been paid off or satisfied, as outlined above.

WHEREFORE, Secured Creditor, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J, respectfully requests that the Debtors' Motion to Cancel and Discharge Mortgage be Denied.

LOGS LEGAL GROUP LLP

By: */s/Elizabeth L. Wassall*
Elizabeth L. Wassall, Esquire

Dated: 4-28-2023

EXHIBIT A

| Date | Amount paid | |
|---|---|---|
| Unknown | 1251.14 | Tax |
| 6/1/2018 | 860 | Ins |
| 7/30/2018 | 1326.16 | Tax |
| 10/22/2018 | 1326.16 | Tax |
| 1/11/2019 | 1288.65 | Tax |
| 4/9/2019 | 1288.65 | Tax |
| 6/12/2019 | 821 | Ins |
| 8/1/2019 | 1341.89 | Tax |
| 10/7/2019 | 1341.89 | Tax |
| 1/16/2020 | 1315.27 | Tax |
| 4/9/2020 | 1315.27 | Tax |
| 5/28/2020 | 891 | Ins |
| 7/21/2020 | 1419.33 | Tax |
| 10/18/2020 | 1312.85 | Tax |
| 1/14/2021 | 1340.68 | Tax |
| 4/9/2021 | 1340.68 | Tax |
| 6/30/2021 | $905.00 | Ins |
| 8/2/2021 | $35.00 | Ins |
| 8/16/2021 | $1,392.71 | Tax |
| 10/27/2021 | $1,392.71 | Tax |
| 1/14/2022 | $1,366.70 | Tax |
| 4/22/2022 | $1,366.69 | Tax |
| 5/20/2022 | $1,695.00 | Ins |
| 8/5/2022 | $1,393.32 | Tax |
| 10/13/2022 | $1,393.31 | Tax |
| 1/17/2023 | $1,380.01 | Tax |
| 4/17/2023 | $1,380.00 | Tax |
| | **33481.07** | |

| | |
|---|---|
| Prior servicer Tax/Ins | 19780.62 |
| CMS Tax/Ins | 13700.45 |

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>CGG 18-022004<br>LOGS Legal Group LLP<br>14000 Commerce Parkway, Suite B<br>Mount Laurel, NJ 08054<br>(856) 793-3080<br>ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST J | |
|---|---|
| In Re:<br><br>KEITH R. DEVAN AND CASSANDRA JONES DEVAN,<br>DEBTORS | Case No.: 18-14904-ABA<br><br>Judge: HONORABLE ANDREW B. ALTENBURG, JR.<br><br>Chapter: 13 |

**CERTIFICATION OF SERVICE**

I, ________________________ the undersigned

1. ☐ represent the ________________________ in the above-captioned matter.

   ☒ am the secretary/paralegal for Kathleen M. Magoon, Esquire and Elizabeth L. Wassall, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the ____________________________ in the above case and am representing myself.

2. On ________________, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Supplemental Objection to Motion to Cancel and Discharge Mortgage.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: 4/28/2023 /s/ Alice Cruzado

Printed Name

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Robert H. Johnson<br>Robert H. Johnson, LLC<br>1818 Old Cuthbert Road<br>Suite 107<br>Cherry Hill, NJ 08034 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court*) |
| Keith R. DeVan and Cassandra Jones DeVan<br>80 Penfield Lane<br>Sicklerville, NJ 08081 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___________________<br>(as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.