Form ntcfncurv − testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−14904−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith R. DeVan
80 Penfield Lane
Sicklerville, NJ 08081

Cassandra Jones DeVan
aka Cassandra J. De Van, fka Cassandra Jones Melton
80 Penfield Lane
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−5843                                xxx−xx−9637

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO NOTICE OF FINAL CURE PAYMENT

TO: <u>Keith R. DeVan and Cassandra Jones DeVan</u>
      Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: April 27, 2023
JAN: def

<u>Jeanne Naughton, Clerk</u>

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 18-14904-ABA

Keith R. DeVan                                                                       Chapter 13

Cassandra Jones DeVan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin             Page 1 of 2

Date Rcvd: Apr 27, 2023          Form ID: ntcfncur          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Keith R. DeVan, Cassandra Jones DeVan, 80 Penfield Lane, Sicklerville, NJ 08081-1836 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Wells Fargo Bank N.A., as Trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FSB dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor WELLS FARGO BANK N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Wilmington Savings Fund Society FBS, As Trustee of Stanwich Mortgage Loan Trust J ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com |
| Elizabeth L. Wassall | on behalf of Creditor Select Portfolio Servicing Inc., as servicer for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certifica ewassall@logs.com, |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 27, 2023 | Form ID: ntcfncur | Total Noticed: 1 |

njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust I ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
on behalf of Creditor Capital One Auto Finance jschwartz@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Jennifer R. Gorchow
on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Melissa N. Licker
on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certifica mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Robert H. Johnson
on behalf of Joint Debtor Cassandra Jones DeVan ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com

Robert H. Johnson
on behalf of Debtor Keith R. DeVan ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16