UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

In Re:

Keith R. Devan

Case No.: 18-14904

Adv. No.: 

Chapter: 13

Hearing Date: 8/15/23

Judge: ABA

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Robert H. Johnson,

    ☒ am the attorney for: Keith R. Devan

    ☐ am self-represented

    Phone number: 856-298-9328

    Email address: rjohnson@rhjlaw.com

2. I request an adjournment of the following hearing:

    Matter: Debtor's Motion to Cancel Mortgage

    Current hearing date and time: 8/15/23 at 2:00 pm

    New date requested: 9/12/23

    Reason for adjournment request: The parties are exploring resolution and ask for a 4 week adjournment due to conflicting vacations and to provide time to resolve our dispute.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned __0__ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☒ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: 8/1/23 _____    /s/ Robert H. Johnson _____
                                         Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: __9/12/23 @ 10 AM__    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*