UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

CGG 18-022004
LOGS Legal Group LLP
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Elizabeth L. Wassall - 023211995
ATTORNEYS FOR WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I

IN RE:

KEITH R. DEVAN AND CASSANDRA JONES DEVAN,
DEBTORS

Order Filed on October 12, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-14904-ABA

Judge: HONORABLE ANDREW B. ALTENBURG, JR.

Chapter: 13

## CONSENT ORDER RESOLVING DEBTORS' MOTION TO CANCEL AND DISCHARGE MORTAGE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 12, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court by Robert H. Johnson, attorney for Debtors, upon the filing of a Motion to Cancel and Discharge Mortgage, and WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST I, hereinafter "Secured Creditor," by and through its Authorized Agent, LOGS Legal Group LLP, and the parties having subsequently resolved their differences with regard to the Debtors' Motion; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the Court having considered the parties' application for entry of this Consent Order; AND FOR OTHER GOOD CAUSE SHOWN,

1. Secured Creditor is the holder of a mortgage dated October 8, 2009, given by Keith DeVan and Cassandra J. DeVan (Debtors), on real property located at 112 North King Street, Magnolia, New Jersey 08049, hereinafter "subject property," to secure payment of the sum of $158,272.00; which mortgage was recorded in the office of the Clerk of Camden County on November 10, 2009, in Book 09132 Page 0374.

2. Secured Creditor filed a Proof of Claim (Claim No.: 4) on May 11, 2018; listing a total secured claim of $203,521.13 with respect to the amounts secured by the mortgage referenced in Paragraph one (1) above. The Proof of Claim further outlined that the account was escrowed.

3. On October 23, 2018, a Consent Order was entered wherein the Debtors and Secured Creditor agreed to modify, pursuant to 11 U.S.C. §1322(b)(2) and all other applicable statutes, the secured portion of this Secured Creditor's claim to $125,000.00 at 5.75% interest, for a total secured claim of $141,841.14.

4. On July 2, 2019, a Consent Order was entered which vacated the October 23, 2018 Consent Order, and stated that the Secured Creditor's claim reverted to the original amounts listed in Secured Creditor's Proof of Claim as filed on May 11, 2018.

5. Debtors shall remit the sum of $40,000.00 to Secured Creditor on or before October 16, 2023, in payment of escrow expenditures on the account.

6. Upon receipt of the full sum of $40,000.00 on or before October 16, 2023, as outlined in Paragraph five (5) above, Secured Creditor shall again agree to modify, pursuant to 11 U.S.C. §1322(b)(2) and all other applicable statutes, the secured portion of this Secured Creditor's claim to $125,000.00 at 5.75% interest, for a total secured claim of $141,841.14, and shall further record a Discharge of Mortgage in the office of the Clerk of Camden County within thirty (30) days of receipt thereof.

7. In the event the full sum of $40,000.00 is not be tendered on or before October 16, 2023, as outlined in Paragraph five (5) above, Debtors agree that the terms of Paragraph six (6) above are void, and that Secured Creditor's claim shall remain as the original amounts listed in Secured Creditor's Proof of Claim as filed on May 11, 2018.

We hereby consent to the form, content,
and entry of the within Order.

LOGS Legal Group LLP

/s/Elizabeth L. Wassall
_____          Date: October 11, 2023
Elizabeth L. Wassall, Esquire
Attorney for the Secured Creditor

_____          Date: _____
Robert H. Johnson, Esquire
Attorney for the Debtors