**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Keith R. DeVan** | Social Security number or ITIN   xxx–xx–5843 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | Social Security number or ITIN  _ _ _ _ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **18–14904–ABA** | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith R. DeVan

<u>11/1/23</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W    **Chapter 13 Discharge**    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                    **Chapter 13 Discharge**                    page 2

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-14904-ABA |
| Keith R. DeVan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2023 | Form ID: 3180WJ1 | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Keith R. DeVan, 80 Penfield Lane, Sicklerville, NJ 08081-1836 |
| aty | + | Shapiro & DeNardo, LLC, 14000 Commerce Parkway, Ste. B., Mt. Laurel, NJ 08054-2242 |
| cr | + | Select Portfolio Servicing, Inc., as servicer for, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue, Suite 803, Iselin, NJ 08830-2713 |
| 517815541 | + | Cassandra Devan, 80 Penfield Lane, Sicklerville, NJ 08081-1836 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 01 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 01 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 01 2023 21:00:00 | Wells fargo bank, P.O.Box 55004, Irvine, CA 92619-5004 |
| 517385029 | + | EDI: CAPITALONE.COM | Nov 02 2023 00:37:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 517385030 | + | EDI: CAPONEAUTO.COM | Nov 02 2023 00:37:00 | Capital One Auto Finance, 3905 Dallas PKWY, Plano, TX 75093-7892 |
| 517480043 | + | EDI: AISACG.COM | Nov 02 2023 00:37:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 517457402 | + | EDI: AISACG.COM | Nov 02 2023 00:37:00 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517385031 | + | EDI: AMINFOFP.COM | Nov 02 2023 00:37:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 517443698 | | EDI: IRS.COM | Nov 02 2023 00:37:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 517385032 | | EDI: JEFFERSONCAP.COM | Nov 02 2023 00:37:00 | Jefferson Capital, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 517539896 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2023 21:05:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517385033 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 01 2023 21:05:17 | Merrick Bank, PO Box 1500, Draper, UT 84020-1127 |
| 517385034 | | EDI: PRA.COM | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Suite 100, Norfolk, VA 23502 |
| 517442779 | | EDI: PRA.COM | Nov 02 2023 00:37:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 517526070 | + | EDI: JEFFERSONCAP.COM | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Nov 01, 2023 | Form ID: 3180WJ1 | Total Noticed: 28

| | | | |
|---|---|---|---|
| | | Nov 02 2023 00:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517385035 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | Nov 01 2023 21:02:00 | Select Portfolio, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519007730 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Nov 01 2023 21:00:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517388400 | + EDI: RMSC.COM | | |
| | | Nov 02 2023 00:37:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517385036 | + EDI: WFFC2 | | |
| | | Nov 02 2023 00:37:00 | Wells Fargo, PO Box 10335, Des Moines, IA 50306-0335 |
| 517677112 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Nov 01 2023 21:00:00 | Wells Fargo Bank, N.A. Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517525304 | + EDI: WFFC2 | | |
| | | Nov 02 2023 00:37:00 | Wells Fargo Bank, N.A., as Servicer, Default Document Processing N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517385037 | + EDI: WFFC.COM | | |
| | | Nov 02 2023 00:37:00 | Wells Fargo Dealer Services, PO Box 25341, Santa Ana, CA 92799-5341 |
| 519210143 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Nov 01 2023 20:59:00 | Wilmington Savings Fund Society, FSB et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519210144 | + Email/Text: BKBCNMAIL@carringtonms.com | | |
| | | Nov 01 2023 20:59:00 | Wilmington Savings Fund Society, FSB et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Wilmington Savings Fund Society, FSB et, c/o Carrington Mortgage Services, LLC 92806-5948 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2023          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor Wells Fargo Bank  N.A., as Trustee et al ... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Denise E. Carlon
on behalf of Creditor Wells Fargo Bank  N.A., as Trustee for the holders of the First Franklin Mortgage Loan Trust 2006-FSB
dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
on behalf of Creditor Wilmington Savings Fund Society  FBS, As Trustee of Stanwich Mortgage Loan Trust J
ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor WELLS FARGO BANK  N.A. ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, National Association, as trustee for the
holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certifica ewassall@logs.com,
njbankruptcynotifications@logs.com;logsecf@logs.com

Elizabeth L. Wassall
on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust I ewassall@logs.com,
njbankruptcynotifications@logs.com;logsecf@logs.com

Isabel C. Balboa
ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
on behalf of Creditor Capital One Auto Finance bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Jennifer R. Gorchow
on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com

Melissa N. Licker
on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, National Association, as trustee for the
holders of the First Franklin Mortgage Loan Trust 2006-FF15 Mortgage Pass-Through Certifica mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Melissa N. Licker
on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust
2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 mlicker@hillwallack.com,
HWBKnewyork@ecf.courtdrive.com

Phillip Andrew Raymond
on behalf of Creditor Wells Fargo Bank  National Association, as trustee for the holders of the First Franklin Mortgage Loan Trust
2006-FF15 Mortgage Pass-Through Certificates, Series 2006-FF15 phillip.raymond@mccalla.com,
mccallaecf@ecf.courtdrive.com

Robert H. Johnson
on behalf of Debtor Keith R. DeVan ecfmail@rhjlaw.com  10270@notices.nextchapterbk.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15